

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00245-CV

IN THE GUARDIANSHIP OF JAMES
ALTON TITUS, AN INCAPACITATED
PERSON

§    On Appeal from Probate Court No. 1

§    of Tarrant County (2018-GD00180-1)

§    September 30, 2021

§    Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that the order granting the bill of review and the corrected order are void due to lack of jurisdiction, that these orders are vacated, and that the bill of review proceeding is dismissed.

It is further ordered that appellee Simmons Bank shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By \_\_\_/s/ Bonnie Sudderth_____
     Chief Justice Bonnie Sudderth

## OPINION INFORMATION TO PUBLISHERS

# From the Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

CASE DOCKET NUMBER:        02-20-00245-CV

NAME OF CASE:        IN THE GUARDIANSHIP OF
JAMES ALTON TITUS, AN
INCAPACITATED PERSON

DATE OPINION FILED:        SEPTEMBER 30, 2021

DATE REHEARING FILED:

TRIAL COURT:        PROBATE COURT NO. 1

TRIAL COURT JUDGE:        HON. CHRIS PONDER

COUNTY:        TARRANT

ATTORNEY FOR APPELLANT:        THOMAS F. HARKINS, JR.
WHITAKER, CHALK, SWINDLE &
SCHWARTZ PLLC
FORT WORTH, TX

ATTORNEY FOR APPELLEE:        DAVID BAKUTIS
R. DYANN MCCULLY
BETH HAMPTON
FORT WORTH, TX